

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00285-CR

**IN RE** William R. **HOLLIDAY**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Irene Rios, Justice

Delivered and Filed: May 29, 2024

PETITION FOR WRIT OF MANDAMUS DISMISSED

On April 22, 2024, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is **DISMISSED** without prejudice. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Trial Court No. 71162400, in the County Court at Law No. 11, Bexar County, Texas, the Honorable Erica Pena presiding.